IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELTON LEE HENDRIX, | ) | |
|     ID #1372186 | ) | |
|         Petitioner, | ) | |
| vs. | ) | No. 3:08-CV-0813-M (BH) |
| | ) | ECF |
| NATHANIEL QUARTERMAN, Director, | ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | |
|         Respondent | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the substance of the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court, subject to the following two corrections:

(1)    the third word in footnote 4 is "petition," not "petitioner"

(2)    there was no state writ, and the reference to such on page 7 of the Findings, Conclusions and Recommendation is incorrect.

Neither of these corrections affects the substance of the Findings, Conclusions and Recommendation, with which this Court agrees.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, as corrected above the Court hereby **DENIES** plaintiff's petition for habeas corpus.

**SIGNED** this 21st day of July, 2009.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS